IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA GILLIS, THOMAS GILLIS, SCOTT R. McCLELLAND, and KIMBERLY A. McCLELLAND, individually and on behalf of all others similarly situated : : : : : v. : : RESPOND POWER, LLC : | CIVIL ACTION<br><br>No. 14-3856 |

## ORDER

AND NOW, this 31st day of August, 2015, upon consideration of plaintiffs' motion for class certification (paper no. 34), defendant's response in opposition (paper no. 36), plaintiffs' reply in further support of the motion for class certification (paper no. 37), and oral argument on plaintiffs' motion for class certification, it is **ORDERED** that:

1. Plaintiffs' motion for class certification (paper no. 34) is **DENIED**.

2. Plaintiffs' motion for leave to file under seal (paper no. 33) is **DENIED AS MOOT**.

/s/ Norma L. Shapiro
J.