IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA GILLIS; THOMAS GILLIS; SCOTT MCCLELLAND; KIMBERLY MCCLELLAND; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | : : : : : : : : : : : : : : | CIVIL ACTION<br><br>No. 14-3856 |
| *Plaintiffs*, | | |
| v. | | |
| RESPOND POWER, LLC | | |
| *Defendant*. | | |

# ORDER

**AND NOW**, this 16th day of July, 2018, upon consideration of Defendant's "Motion to Dismiss Class Claims" (Doc. No. 56), the Response and Reply thereto, and Plaintiffs' Notice of Supplemental Authority and Defendant's Response thereto, it is hereby **ORDERED** that:

- Defendant's "Motion to Dismiss Class Claims" (Doc. No. 56) is **GRANTED**. Counts I and II of Plaintiffs' First Amended Class Action Complaint (Doc. No. 14) are **DISMISSED WITH PREJUDICE**.

- Plaintiffs shall, **within fourteen (14) days of the date of this Order, NOTIFY** the Court whether they intend to pursue their remaining individual claims.

              **BY THE COURT:**

              **/s/ Mitchell S. Goldberg**
              ―――――――――――――――
              **MITCHELL S. GOLDBERG, J.**